IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY SIMS, | Case No. 1:19-cv-01432 |
| Plaintiff, | |
| v. | Honorable Robert M. Dow, Jr. |
| DIVERSIFIED CONSULTANTS, INC., | Honorable M. David Weisman Magistrate Judge |
| Defendant. | |

## NOTICE OF SETTLEMENT

Plaintiff, ANTHONY SIMS, hereby notifies the Court that Plaintiff and Defendant, DIVERSIFIED CONSULTANTS, INC., have reached settlement, and are in process of completing the settlement agreement and filing a stipulation of dismissal. The parties request that the Court retain jurisdiction for any matter relating to completing the settlement agreement and/or enforcing the settlement agreement.

DATED: August 6, 2019

Respectfully submitted,

**ANTHONY SIMS**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com
mbadwan@sulaimanlaw.com