# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANTHONY SIMS, <br><br> Plaintiff, <br><br> v. <br><br> DIVERSIFIED CONSULTANTS, INC., <br><br> Defendant. | Case No. 1:19-cv-01432 <br><br> Honorable Robert M. Dow, Jr. <br><br> Honorable M. David Weisman <br> Magistrate Judge |

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, to the Dismissal Without Prejudice of this Action until November 21, 2019, with each party to bear its own attorney's fees and costs. After November 21, 2019 the dismissal will be with prejudice.

DATED: October 7, 2019

Respectfully submitted,

*/s/ Joseph S. Davidson*

*/s/ Morgan I. Marcus (with consent)*

Joseph S. Davidson
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-581-5450
jdavidson@sulaimanlaw.com

Morgan I. Marcus
SESSIONS FISHMAN NATHAN & ISRAEL
141 West Jackson Boulevard
Suite 3550
Chicago, Illinois 60604
+1 312-578-0990
mmarcus@sessions.legal

*Counsel for Anthony Sims*

*Counsel for Diversified Consultants, Inc.*

1